

FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>     v.<br><br>Gabriel Escobar-Castillo<br>                  Defendant. | Case No.: ED16 MJ 195-DUTY<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __ARIZONA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- ALLEGATION OF NEW OFFENSE
- SUBMISSION

1

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:

6 _____
7 _____
8 _____
9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 5/16/16

16 HONORABLE DAVID T. BRISTOW
United States Magistrate Judge